83,247-01

Arthur L Mitchell    TR. Ct. No.695776-A   WR-83247-01

To: Court of Criminal Appeal

I Arthur L Mitchell Relator has been move to a New Location in Beaumont.

Incarcerated at: Richard P. LeBlanc Unit
                    3695 FM 3514
                    Beaumont Texas 77705

Please inform me of any inforation Regarding my Writ of Habeas Corpus. or any other matter of my case

Thank You
Respectfully
Arthur Mitchell

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUN 18 2015
Abel Acosta, Clerk

6/12/2015